# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 0 4 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADRIAN SARAN

    Defendant.

CR NO:

1:16 MJ - 00049 BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum      ☒ Ad Testificandum

Name of Detainee: Adrian Saran
Detained at: FCI – Taft Correctional Institution
Detainee is:
  a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____
or
  b.) ☒ a witness not otherwise available by ordinary process of the Court for hearing pursuant to **18 U.S.C. § 4107**

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
or
  b.) ☒ be retained in federal custody until the time of transfer to a foreign country pursuant to **18 U.S.C. § 4102(3) & (6)**

*Appearance is necessary on May 10, 2016 at 9:00 am in the courtroom of United States Magistrate Judge Barbara A. McAuliffe*

Signature: _____
Printed Name & Phone No: Vincenza Rabenn / 559-497-4041
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☐ Ad Prosequendum      ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **May 10, 2016 at 9:00 am**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/4/16

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Adrian Saran | ☒ Male ☐ Female | |
| Booking or CDC #: | 65606-112 | DOB: | 12/31/1976 |
| Facility Address: | | Race: | White |
| Facility Phone: | | FBI#: | |
| Currently | Taft CI, Taft, California | | |

## RETURN OF SERVICE

Executed on: _____

(signature)