1

2

3 UNITED STATES DISTRICT COURT

4 FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6 IN THE MATTER OF THE TRANSFER   Case No.  1:16-MJ-00049-BAM
OF OFFENDERS Pursuant to 18 U.S.C. §
7 4100, et seq., UNITED STATES OF
AMERICA, ,
8                                                                    ORDER
                    Plaintiff,
9
            v.
10
ADRIAN SARAN,
11
                    Defendant.
12

13

14        Pursuant to 28 U.S.C. § 636(g), the Honorable Barbara A. McAuliffe, a United States

15 Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the

16 verification proceedings as required by 18 U.S.C. § 4108 commencing on or about May 11, 2016,

17 in Fresno, California, relating to the proposed transfer of offender from the United States of

18 America to ROMANIA, and is also Authorized to assign counsel for said offender as provided in

19 18 U.S.C. § 4109.

20

21 IT IS SO ORDERED.

22    Dated:    **May 10, 2016**                      **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES CHIEF DISTRICT JUDGE
23

24

25

26

27

28

1